UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARLON WALDEMAR CARDONA LOPEZ, *on behalf of himself, FLSA Collective Plaintiffs and the Class*, Plaintiff | 26 Civ. 5745 (JHR) |
| -v.- | ORDER |
| 1063 FIRST AVE RESTAURANT CORP., et al. Defendants. | |

JENNIFER H. REARDEN, District Judge:

On July 31, 2026, Plaintiff filed a notice of voluntary dismissal without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), of this Fair Labor Standards Act ("FLSA") case against Defendants 1063 First Ave Restaurant Corp., 188 Ave A Take Out Food Corp., and Tarik Fallous. ECF No. 8. In *Samake v. Thunder Lube, Inc.*, 24 F.4th 804 (2d Cir. 2022), the Second Circuit concluded that where parties seek to voluntarily dismiss FLSA claims without prejudice under Rule 41(a)(1)(A), the Court must "inquire whether the parties had reached a settlement" to ensure that dismissal does not allow the parties to "evade *Cheeks* review." *Id.* at 807, 810-11.

The Court will accept a notice of dismissal under Rule 41(a)(1)(A)(i) if Plaintiff certifies that there has been no settlement of FLSA claims. Counsel shall review the Second Circuit's opinion in *Samake* and file a letter by **August 24, 2026** stating whether the parties have reached a settlement and, if so, whether they intend to seek settlement approval.

SO ORDERED.

Dated: August 17, 2026
New York, New York

Jennifer H. Rearden

JENNIFER H. REARDEN
United States District Judge