UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARLON WALDEMAR CARDONA LOPEZ, *on behalf of himself, FLSA Collective Plaintiffs and the Class*

Plaintiff,

-v.-

1063 FIRST AVE RESTAURANT CORP., et al.,

Defendants.

26 Civ. 5745 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On July 31, 2026, Plaintiff Marlon Waldemar Cardona Lopez filed a notice of voluntary dismissal without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), of this Fair Labor Standards Act ("FLSA") case against Defendants 1063 First Ave Restaurant Corp., 188 Ave A Take Out Food Corp., and Tarik Fallous. ECF No. 8. On August 17, 2026, the Court directed Plaintiff to review the Second Circuit's opinion in *Samake v. Thunder Lube, Inc.*, 24 F.4th 804 (2d Cir. 2022). ECF No. 9. In *Samake,* the Second Circuit held that the Court must evaluate voluntary dismissals of FLSA claims without prejudice under Fed. R. Civ. P. 41(a)(1)(A) to ensure that they do not obscure a settlement. 24 F.4th at 807. The Court therefore also directed Plaintiff to certify that there has been no settlement of FLSA claims. ECF No. 9. On August 20, 2026, Plaintiff filed a letter informing the Court that the parties have not reached a settlement. ECF No. 10.

The Court now concludes that there is no underlying settlement and, thus, accepts Plaintiff's voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: August 21, 2026
New York, New York

JENNIFER H. REARDEN
United States District Judge